*In re* LUIS E. RODRÍGUEZ SANTIAGO.

*Número:* TS-7590          *Resuelto:* 6 de septiembre de 2002

*Carmen H. Carlos,* directora de la Oficina de Inspección de Notarías; *Luis E. Rodríguez Santiago, pro se.*

Sala Especial de Verano integrada por EL JUEZ ASOCIADO SEÑOR FUSTER BERLINGERI, como su Presidente, y los JUECES ASOCIADOS SEÑORES CORRADA DEL RÍO y RIVERA PÉREZ.

## RESOLUCIÓN

Examinadas la Moción Solicitando Reinstalación y la Moción Informativa y Reiterando Solicitud de Reinstalación, presentadas por el querellado Luis E. Rodríguez Santiago, *se ordena su reinstalación al ejercicio de la profesión de abogado y de la Notaría.*

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

(*Fdo.*) Patricia Otón Olivieri
*Secretaria del Tribunal Supremo*